UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "VICKY;" "JANE DOE" as next friend for "SKYLAR" and "SAVANNAH," minors; "JOHN DOE" as next friend for "SALLY" and "SIERRA," minors; "JANE ROE" as next friend for "PIA," ""MYA," and "AVA," minors; "ALICE;" "SARAH;" "MAUREEN;" "CASSEOPIA;" "AMY;" "JESSICA," "JOHN ROE" as next of friend for "JANE;" "JANE SMITH" as next of friend for "ERIKA" and "TORI;" "JENNY;" and "ANDY," <br><br> Plaintiffs, <br><br> v. <br><br> James Graham Usherwood, <br><br> Defendant. | NO. <br><br> DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITE OF ATTACHMENT <br><br> NOTE ON MOTION CALENDAR: <br><br> **November 17, 2017** |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF MOTION FOR
PREJUDGMENT WRIT OF ATTACHMENT
- 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1. I represent the Plaintiffs, "Vicky," "Skylar," "Savannah," "Sally," Sierra," "Pia," "Mya," "Ava," "Alice," "Sarah," "Maureen," "Casseopia," "Amy," "Jessica," "Jane," "Erika," Tori," "Jenny," and "Andy" in this action ("Plaintiffs"). I make this Declaration in support of their motion for a prejudgment writ of attachment of defendant James Graham Usherwood ("Defendant's" or "Usherwood's") real property.

2. Plaintiffs' request for this writ of attachment is not sought to hinder, delay or defraud any creditor of Defendant.

3. Plaintiff believes, as explained below, that:

   (a) Defendant is indebted to Plaintiffs pursuant to 18 U.S.C. § 2252A(f) and § 2255(a), which provide for compensation to each Plaintiff in an amount not less than $150,000.00 each, as Plaintiffs are victims of Defendant's possession of child pornography images; and,

   (b) One or more of the grounds stated in RCW 6.25.030 for issuance of a writ of attachment exists and issuance of a writ herein is consistent with the requirements of Chapter 6.25 RCW.

**I. THE BASIS FOR THE DECLARATION**

4. This Declaration is based upon my personal knowledge and the following documents:

(a) The Criminal Information filed with the United States District Court for the Western District of Washington on August 31, 2017, attached hereto as Exhibit 1;

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF MOTION FOR
PREJUDGMENT WRIT OF ATTACHMENT
- 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

(b) The Plea Agreement filed on September 6, 2017 in which the Defendant pleaded guilty to the violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), attached hereto as Exhibit 2;

(c) The Victim Notices issued by the Department of Justice and received by the Plaintiffs, attached hereto as Exhibit 3;

(d) The Report and Recommendation Concerning the Guilty Plea by Magistrate Judge, Mary Alice Theiler, attached hereto as Exhibit 4;

(e) The Acceptance of Guilty Plea, Adjudication of Guilt, Notice of Sentencing signed by His Honor, John C. Coughenour and filed on September 21, 2017, attached hereto as Exhibit 5;

(f) Documents regarding 285 Dorado Dr. NW Issaquah, WA, which include the last deed recorded, plat map, property information, and tax information evidencing the Defendant's ownership of real property within the State of Washington and King County, attached hereto as Exhibit 6;

(g) An online report of the property from Zillow evidencing the pending Sale of the Defendant's real property, attached hereto as Exhibit 7; and

(h) An online report of the property from Redfin evidencing the pending sale of the Defendant's real property, attached hereto as Exhibit 8.

## II.  FACTS

5. Each of the Plaintiffs herein has received notice of his or her image(s) and/or video(s) being found as a part of evidence of Mr. Usherwood's admitted crime.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT - 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

6. Each of the Plaintiffs herein has undergone forensic evaluation of the injuries he or she has suffered as a result of the viewing and distribution of images of his or her childhood sexual abuse. The evaluations done demonstrate the psychological, vocational, and/or economic injury as a consequence of the viewing and distribution of their images.

7. Defendant, Usherwood, has pleaded guilty to the possession of child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), which includes at least one image of each of the Plaintiffs, his plea agreement admits to the fact of distribution as well. (Ex. 2).

8. Review of public records yields records of the Defendant's ownership of real property addressed 285 Dorado Drive NW, Issaquah, Washington. The parcel is listed by legal description taken from recorded deed in Ex. 6 as follows:

> Situated in the County of King, State of Washington:
>
> Lot 7, Block 2, Mountainaire Division 3, as per plat recorded in Volume 91 of Plats, Page 53 and 54, in King County, Washington.

9. Property information and tax assessments records of the Defendant's real property is attached herein as Exhibit 6.

10. Review of records on Zillow and Redfin indict that there is a sale on the Defendant's real property pending, attached herein as Exhibit 7 and 8.

11. Neither counsel nor Plaintiffs are aware of the extent of encumbrances on the Defendant's real property.

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF MOTION FOR
PREJUDGMENT WRIT OF ATTACHMENT
- 4

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1
2
3
4   DATED this 27th day of October, 2017 at Seattle, Washington.

5                                       CAROL L. HEPBURN, P.S.

6
7                                        /Carol L. Hepburn
                                        Carol L. Hepburn
8                                       200 First Avenue West, #550
                                        Seattle, WA  98119
9                                        (206) 957-7272
                                        (206) 957-7273 fax
10                                      Emails:  carol@hepburnlaw.net
                                        Of attorneys for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF MOTION FOR
PREJUDGMENT WRIT OF ATTACHMENT
- 5

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273