UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "VICKY;" "JANE DOE" as next friend for "SKYLAR" and "SAVANNAH," minors; "JOHN DOE" as next friend for "SALLY" and "SIERRA," minors; "JANE ROE" as next friend for "PIA," ""MYA," and "AVA," minors; "ALICE;" "SARAH;" "MAUREEN;" "CASSEOPIA;" "AMY;" "JESSICA;" "JOHN ROE" as next of friend for "JANE;" "JANE SMITH" as next of friend for "ERIKA" and "TORI;" "JENNY;" and "ANDY," <br><br> Plaintiff, <br> v. <br><br> James Graham Usherwood, <br><br> Defendant. | NO. 17-cv-01604-RSL <br><br> MOTION AND ORDER FOR PLAINTIFFS TO PROCEED WITH PSEUDONYMS <br><br> NOTE ON MOTION CALENDAR: |

## I. STATEMENT OF RELIEF REQUESTED

"Vicky," minors "Skylar" and "Savannah" proceeding by and through their next friend, Jane Doe, minors "Sally," and "Sierra" proceeding by and through their next friend

MOTION AND ORDER TO PROCEED
WITH PSEUDONYM - 1

Carol L. Hepburn, P.S.
Attorneys at Law
200 First Avenue West, Suite 550
Seattle, WA 98119
Tel: (206) 957-7272 / Fax: (206) 957-7273

John Doe, minors "Pia," "Mya," and "Ava" proceeding by and through their next friend Jane Roe, "Alice," "Sarah," "Maureen," "Casseopia," "Amy," "Jessica," minor "Jane" by and through her next friend, John Roe, minors "Erika" and "Tori" proceeding by and through their next friend, Jane Smith, "Jenny," and "Andy" proceeding by and through their attorneys Carol L. Hepburn and J. William Savage of Carol L. Hepburn, P.S. move this court for an order allowing him or her to proceed in this matter using a pseudonym.

## II.   FACTS RELEVANT TO MOTION

As set forth in the complaint herein, each of the Plaintiffs herein were forced from a young age to have sexual encounters, including digital and penile penetration and oral copulation, with an adult male for the purposes of producing images and videos of child pornography. Images and videos of each in the plaintiffs in the course of being sexually abused as children has been circulated on the Internet.

The images and videos of the sexual abuse of each of the Plaintiffs herein have been distributed and circulated on the Internet and are known by consumers and traffickers of child pornography as their individual series name of child pornography images. These images and videos constitute child pornography within the meaning of U.S.C. § 2256(8).

Each of the Plaintiffs herein have been and will continue to be severely harmed by the distribution and possession by others of the images of their child sexual abuse. The permanent harm these children have approximately suffered includes but is not limited to extreme and permanent emotional distress with physical manifestation, interference with each of their normal development and educational progress, lifelong

MOTION AND ORDER TO PROCEED
WITH PSEUDONYM - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

loss of income earning capacity, loss of past and future wages, past and future expenses for medical and psychological treatment, loss of enjoyment of life, and other losses.

The matter before the court comes on Plaintiffs' claim for civil damages against one of the criminal defendants who has been convicted of possessing depictions of minors engaged in sexually explicit conduct, including image(s) of each of the plaintiffs. These image(s), which form the basis of the claim herein, are highly personal, intimate, and humiliating to each of the plaintiffs.

The Plaintiffs fear that individuals may stalk him or her, with the intent to do harm. The knowledge of the circulation of his or her image(s) has destroyed his or her sense safety. The knowledge of his or her image9s) being on the Internet has had a debilitating effect on his or her ability to be present in public places. Stalking is a very real danger for victims such as the Plaintiffs. "Vicky" has been stalked online and in real life by child pornography enthusiast who included a man later convicted of stalking who proposed to make more videos with "Vicky." Revelation of his or her legal name would force the Plaintiffs to experience humiliation and fear of retaliation.

Plaintiffs make this request in order to proceed with pseudonyms captioned herein. Defendant, through counsel, has agreed to entry of this order.

## ORDER

THIS MATTER, having come before the Court on the Plaintiffs' motion to proceed with pseudonym;

MOTION AND ORDER TO PROCEED
WITH PSEUDONYM - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

It is so ordered.

Dated this 14th of November, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

By: /s Carol L. Hepburn
    Carol L. Hepburn, WSBA No. 8732
    J. William Savage, WSBA No. 32148
CAROL L. HEPBURN, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98102
(206) 957-7272
(206) 957-7273 fax
Emails: carol@earthlink.net
        jwsavage@earlink.net
Of attorneys for Plaintiffs

Stipulated to and Notice of Presentation Waived

By: *[signature]*
David S. Marshall
MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154
(206) 826-1400
(206) 398-1708
Email: david@marshalldefense.com

MOTION AND ORDER TO PROCEED
WITH PSEUDONYM - 4

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273