UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ""VICKY;" "JANE DOE" as next friend for "SKYLAR" and "SAVANNAH," minors; "JOHN DOE" as next friend for "SALLY" and "SIERRA," minors; "JANE ROE" as next friend for "PIA," ""MYA," and "AVA," minors; "ALICE;" "SARAH;" "MAUREEN;" "CASSEOPIA;" "AMY;" "JESSICA;" "XXX" as next of friend for "JANE;" "ERIKA;" "TORI;" "JENNY;" and "ANDY,"<br><br>Plaintiffs,<br><br>v.<br><br>James Graham Usherwood,<br><br>Defendant. | NO. 17-CV-01604-RSL<br><br>STIPULATED MOTION AND ORDER FOR DISBURSEMENT OF FUNDS AND RELEASE OF ATTACHMENT AND BOND<br><br>NOTED: January 8, 2018 |

Plaintiffs move this Court for entry of an Order providing as follows:

The parties have agreed, and the court so Orders, that Defendant shall take all steps necessary and shall execute all documents necessary to effect a transfer from his Ameritrade Account No. 778809962 of the sum of $152,000.00 to the IOLTA

MOTION AND ORDER FOR DISBURSEMENT
OF FUNDS AND RELEASE OF
ATTACHMENT AND BOND- 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

account of Carol L. Hepburn PS for benefit of Plaintiffs herein. Should Ameritrade Account No. 778809962 be insufficient to provide the funds to transfer the sum of $152,000.00, then Defendant shall take all steps necessary and shall execute all documents necessary to supplement funds as may be necessary to effect a total of funds deposited to the IOLTA account of Carol L. Hepburn PS for benefit of Plaintiffs of $152,000.00.

Upon the receipt of collected funds as provided above in the IOLTA account, the Writ of Attachment provided for in this Court's Order of November 21, 2017 is quashed and there shall no longer be any restrictions on Defendant's use of funds in the Ameritrade account or on his use of any proceeds of the sale of Defendant's Issaquah property.

Upon the receipt of collected funds as provided above in the IOLTA account, the bond filed herein to secure the Writ shall be released.

Upon the receipt of collected funds as provided above in the IOLTA account, the parties herein shall cause to be filed a Motion for Order of Dismissal of all claims with prejudice.

DATED this 8th day of January, 2018.

CAROL L. HEPBURN, P.S.

By /s Carol L. Hepburn
Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, #550
Seattle, WA 98119
(206) 957-7272

MOTION AND ORDER FOR DISBURSEMENT
OF FUNDS AND RELEASE OF
ATTACHMENT AND BOND- 2

(206) 957-7273 fax
Emails: carol@hepburnlaw.net
Of attorneys for Plaintiffs

THE MARSHALL DEFENSE FIRM

By David S. Marshall
David S. Marshall, WSBA No. 11716
1001 Fourth Avenue, 44th Floor
Seattle, WA 98104
(206) 826-1400
(206) 826-1462 fax
Email: David@Marshalldefense.com
Of attorneys for Defendant

IT IS SO ORDERED

DATED this 10th day of January, 2018.

*[signature]*

Robert S. Lasnik
JUDGE, United States District Court

MOTION AND ORDER FOR DISBURSEMENT
OF FUNDS AND RELEASE OF
ATTACHMENT AND BOND- 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273