UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| "VICKY;" "JANE DOE" as next friend for "SKYLAR" and "SAVANNAH," minors; "JOHN DOE" as next friend for "SALLY" and "SIERRA," minors; "JANE ROE" as next friend for "PIA," ""MYA," and "AVA," minors; "ALICE;" "SARAH;" "MAUREEN;" "CASSEOPIA;" "AMY;" "JESSICA;" "JOHN ROE" as next of friend for "JANE;" "JANE SMITH" as next of friend for "ERIKA" and "TORI;" "JENNY;" and "ANDY,"<br><br>        Plaintiffs,<br>  v.<br><br>James Graham Usherwood,<br><br>        Defendant. | NO.  C17-1604 RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXONERATE BOND<br><br>NOTE ON MOTION CALENDAR:<br><br><u>6/15/18</u> |

## ORDER

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Exonerate Bond and the court having reviewed all materials provided, the Court is fully informed to decide this matter. The motion is unopposed. IT IS HEREBY ORDERED that:

ORDER GRANTING PLAINTIFFS' MOTION
TO EXONERATE BOND - 1

Plaintiffs' Motion to Exonerate Bond is granted and the bond shall be exonerated as part of the dismissal and closure of this matter.

Dated this 20th day of June, 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION
TO EXONERATE BOND - 2

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273